# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. STEPHENS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA PARKING** | : | |
| **AUTHORITY, et al.,** | : | **No. 10-2994** |
| Defendants. | : | |

## ORDER

AND NOW, this **15th** day of **October**, **2010**, upon consideration of Philadelphia Parking Authority's Motion to Dismiss, the Commonwealth of Pennsylvania's Motion to Dismiss Complaint, the Philadelphia Traffic Court's Motion to Dismiss the Amended Complaint, the Bureau of Administrative Adjudication's Motion to Dismiss, Plaintiff's responses thereto, and for the reasons stated in this Court's Memorandum dated October 15, 2010, it is hereby **ORDERED** that:

1. The Philadelphia Parking Authority's motion (Document No. 4) is **GRANTED**.

2. The Commonwealth of Pennsylvania's motion (Document No. 13) is **GRANTED**.

3. The Philadelphia Traffic Court's motion to dismiss the Amended Complaint (Document No. 14) is **GRANTED**.

4. The Bureau of Administrative Adjudication's motion (Document No. 15) is **GRANTED**.

5. The claims against the four Defendant listed above are **DISMISSED**.

6. Plaintiff's Motions Not to Dismiss the Complaint (Document Nos. 9, 16, 17) are **DENIED**.

7. The Philadelphia Traffic Court's motion to dismiss the Complaint (Document No. 3) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**